# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR322 |
| vs. | |
| STACY KRETCHMER, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Unopposed Motion to Extend Time to File Pretrial Motions [14] and Amended Unopposed Motion to Extend Time to File Pretrial Motions [15]. The Motion [14] will be denied as moot. For good cause shown, I find that the Motion [15] should be granted. The defendant will be given an approximate 60-day extension. Pretrial motions shall be filed by February 8, 2019.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion to Extend Time to File Pretrial Motions [14] is denied as moot.

2. Defendant's Amended Unopposed Motion to Extend Time to File Pretrial Motions [15] is granted. Pretrial motions shall be filed on or before February 8, 2019.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between today's date and February 8, 2019 shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 12th day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge